**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan Jose Guardiola BARRIOS,**
**Defendant–Appellant.**

**No. 13–50114**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 6, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Jose Montes, Jr., El Paso, TX, for Defendant–Appellant.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Juan Barrios has moved for leave to withdraw and has filed a brief in accordance

---

with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Barrios has filed a response. We have reviewed counsel's brief, relevant portions of the record reflected therein, and Barrios's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Barrios's *pro se* motion to dismiss the appeal is DENIED as moot.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.